JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FLORES,<br><br>               Plaintiff,<br><br>      vs.<br><br>RED TAG DISCOUNT, USA, INC.<br>dba RED TAG DISCOUNT<br>WAREHOUSE; LOU-ANN<br>INVESTMENT, LP; and DOES 1-10,<br>inclusive,<br><br>              Defendants. | Case No. **2:18-cv-07343 MWF (Ex)**<br>Assigned to Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

1    Based on the stipulation of the parties and for good cause shown:

2    IT IS HEREBY ORDERED that the entire action be dismissed with prejudice,

3 both sides to bear their own fees and costs.

4

5    SO ORDERED.

6

7    DATED: March 18, 2019

     _____

8    United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28